AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00362 |
| Jarod Hawks | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 11/19/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jarod Hawks,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assault on a Federal Officer)
18 U.S.C. §111(b) (Assault on a Federal Officer with a Deadly or Dangerous Weapon)
18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly or Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(E) (Obstruct, or Impede Passage, through or within, the Grounds or any of the Capitol Buildings)
40 U.S.C. § 5104(e)(2)(F) (Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings)

Date: _11/19/2024_

_____
Issuing officer's signature

City and state:     Washington, D.C.              G. MICHAEL HARVEY
                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)* 11/19/2024, and the person was arrested on *(date)* 11/25/24
at *(city and state)* SOUTH DAYTONA FLORIDA.

Date: 11/25/24

_____
Arresting officer's signature

BRIAN HOWARD  TFO
*Printed name and title*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 6:24-mj-2230-EJK

**JAROD HAWKS** and
**JOHN PADGETT**

AUSA: Robert Sowell

Defense Attorney: Roger Weeden, CJA Counsel; Aisha Nash, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **November 25, 2024**<br>3:31 P.M.-3:49 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 18 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Juan Cabrera |

### CLERK'S MINUTES
### INITIAL APPEARANCE (RULE 5C)

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant-No issue as to competency.
Court advises defendant of his rights, including Rule 20 rights.
Government advises defendant of the count in the Complaint and potential penalties.
Defendant oral motion for court appointed counsel- Granted-Court appoints CJA for proceedings in the MDFL for Jarod Hawks.
Defendant oral motion for court appointed counsel- Granted-Court appoints FPD for proceedings in the MDFL for defendant John Padgett.
Government oral motion for release- Motion granted- Order to be entered.
Defendants waives Identity hearings.
Preliminary hearing to be set 14 days out with Judge Irick- Notice to be issued separately.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.                                                                                    CASE NO: 6:24-mj-2230-EJK

**JAROD HAWKS**

---

## ORDER APPOINTING
## CRIMINAL JUSTICE ACT COUNSEL

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that Roger Weeden is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on November 25, 2024.

*[signature]*
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel for Defendant

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                              CASE NO: 6:24-mj-2230-EJK

**JAROD HAWKS**

Charging District's
Case No. <u>1:24-mj-362</u>

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I, **Jarod Hawks**, understand that I have been charged in another district, the District of Columbia
I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

**I AGREE TO WAIVE MY RIGHT(s) TO:**

[x] an identity hearing and production of the warrant

[ ] a preliminary hearing

[ ] a detention hearing

 an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

November 25, 2024

_____
Defendant's Signature

_____
Signature of defendant's attorney

Roger L. Weeden
_____
Printed name of defendant's attorney

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:24-mj-2230-EJK**

**JAROD HAWKS** and
**JOHN PADGETT**

---

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(C), FED.R.CRIM.P.

Jarod Hawks and John Padgett, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of Columbia was held on November 25, 2024.

Based on the defendants' waiver of identity hearing, I find that JAROD HAWKS and JOHN PADGETT are the persons named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that JAROD HAWKS and JOHN PADGETT be held to answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 6, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

CLOSED

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:24-mj-02230-EJK All Defendants

| | |
|---|---|
| Case title: USA v. Hawks et al | Date Filed: 11/25/2024 |
| Other court case number: 1:24-mj-362 District of Columbia | Date Terminated: 12/06/2024 |

Assigned to: Magistrate Judge Embry J. Kidd

### Defendant (1)

| | | |
|---|---|---|
| **Jarod Hawks**<br>*TERMINATED: 12/06/2024* | represented by | **Roger L. Weeden**<br>Law Office of Roger L. Weeden<br>605 E. Ridgewood Street, Suite 250<br>Orlando, FL 32803<br>407/894-9004<br>Fax: 407/649-1657<br>Email: rlweeden@aol.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:111.F ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES, 18:231.F CIVIL DISORDER, 18:1752.P RESTRICTED BUILDING OR GROUNDS, 40:5104E.M VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS | |

Kidd

## Defendant (2)

| | |
|---|---|
| **John Padgett**<br>*TERMINATED: 12/06/2024* | represented by **Aisha Ashley Nicole Nash**<br>Federal Public Defender<br>Middle District of Florida<br>201 South Orange Avenue<br>Suite 300<br>Orlando, FL 32801<br>407-648-6338<br>Email: aisha_nash@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**              **Disposition**

18:111.F ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES, 18:231.F CIVIL DISORDER, 18:1752.P RESTRICTED BUILDING OR GROUNDS, 40:5104E.M VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS

---

## Plaintiff

| | |
|---|---|
| **USA** | represented by **Robert Sowell**<br>Baker & Hostetler, LLP<br>Suite 2300<br>200 S Orange Ave.<br>Orlando, FL 32801<br>407/649-4032<br>Email: rsowell@bakerlaw.com<br>*ATTORNEY TO BE NOTICED* |

Robert Sowell
United States Attorney's Office
400 W. Washington St., Suite 3100
Orlando, FL 32801
407-648-7500
Email: robert.sowell@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/25/2024 | 1 | Arrest pursuant to Rule 5(c)(2) of Jarod Hawks, John Padgett from the District of Columbia. (Attachments: # 1 District of Columbia Complaint)(TNP) (Entered: 11/25/2024) |
| 11/25/2024 | 3 | Minute Entry for In Person proceedings held before Magistrate Judge Embry J. Kidd: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 11/25/2024 as to Jarod Hawks, John Padgett from the District of Columbia. (Digital) (JOR) (Entered: 11/26/2024) |
| 11/25/2024 | 4 | ***CJA 23 Financial Affidavit by Jarod Hawks. (JOR) Modified on 11/26/2024 (JOR). (Entered: 11/26/2024) |
| 11/25/2024 | 5 | ***CJA 23 Financial Affidavit by John Padgett. (JOR) Modified on 11/26/2024 (JOR). (Entered: 11/26/2024) |
| 11/25/2024 | 6 | ORAL MOTION to Appoint Counsel by Jarod Hawks. (JOR) Modified on 11/26/2024 (JOR). (Entered: 11/26/2024) |
| 11/25/2024 | 7 | **ORDER APPOINTING CJA COUNSEL granting 6 Oral Motion to Appoint Counsel as to Jarod Hawks (1). Roger Weeden is appointed to represent the defendant. Signed by Magistrate Judge Embry J. Kidd on 11/25/2024. (JOR)** (JOR). Modified on 11/26/2024 (JOR). (Entered: 11/26/2024) |
| 11/25/2024 | 8 | ORAL MOTION to Appoint Counsel by John Padgett. (JOR) Modified on 11/26/2024 (JOR). (Entered: 11/26/2024) |
| 11/25/2024 | 9 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER granting 8 Oral Motion to Appoint Counsel as to John Padgett (2). Signed by Magistrate Judge Embry J. Kidd on 11/25/2024. (JOR)** Modified on 11/26/2024 (JOR). (Entered: 11/26/2024) |
| 11/25/2024 | 10 | WAIVER of Rule 5 & 5.1 Hearings hearing by Jarod Hawks. (JOR) Modified on 11/26/2024 (JOR). (Entered: 11/26/2024) |
| 11/25/2024 | 11 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to Jarod Hawks, John Padgett: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (JOR) Modified on 11/26/2024 (JOR). (Entered: 11/26/2024) |
| 11/25/2024 | 12 | ORAL MOTION for Release from Custody by USA as to Jarod Hawks, John Padgett. (JOR) Modified on 11/26/2024 (JOR). (Entered: 11/26/2024) |
| 11/25/2024 | 13 | **ORAL ORDER granting 12 ORAL Motion for Release from Custody as to Jarod Hawks (1), John Padgett (2). Order Setting Condition of Release to be issued** |

| | | |
|---|---|---|
| 11/25/2024 | 14 | **ORDER Setting Conditions of Release as to defendant Jarod Hawks. Signed by Magistrate Judge Embry J. Kidd on 11/25/2024. (JOR)** Modified on 11/26/2024 (JOR). (Entered: 11/26/2024) |
| 11/25/2024 | 15 | **ORDER Setting Conditions of Release as to defendant John Padgett. Signed by Magistrate Judge Embry J. Kidd on 11/25/2024. (JOR)** Modified on 11/26/2024 (JOR). (Entered: 11/26/2024) |
| 11/26/2024 | 16 | NOTICE OF HEARING as to Jarod Hawks, John Padgett: Preliminary Examination set for 12/9/2024 at 10:00 AM in Orlando Courtroom 5 C before Magistrate Judge Daniel C. Irick. The defendants' presence is required. (TNP) (Entered: 11/26/2024) |
| 12/06/2024 | 18 | MOTION for Miscellaneous Relief, specifically to Cancel Preliminary Hearing 16 by USA as to Jarod Hawks, John Padgett. (Attachments: # 1 Exhibit Indictment)(Sowell, Robert) (Entered: 12/06/2024) |
| 12/06/2024 | 19 | **ENDORSED ORDER granting 18 Motion to Cancel Preliminary Hearing as to Jarod Hawks (1), John Padgett (2). Signed by Magistrate Judge Daniel C. Irick on 12/6/2024. (Irick, Daniel)** (Entered: 12/06/2024) |
| 12/06/2024 | 20 | NOTICE canceling Preliminary Examination hearing scheduled for 12/9/2024 as to Jarod Hawks, John Padgett (TNP) (Entered: 12/06/2024) |
| 12/06/2024 | 21 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Jarod Hawks, John Padgett. Signed by Magistrate Judge Daniel C. Irick on 12/6/2024. (TNP)** (Entered: 12/06/2024) |
| 12/06/2024 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Jarod Hawks, John Padgett regarding your case number: 1:24-mj-362. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (TNP) (Entered: 12/06/2024) |